# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 3:13-CR-0102 |
| | | (JUDGE MANNION) |
| **ZACHARAE LOWE,** | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the defendant's motion for modification of sentence pursuant 18 U.S.C. §3582(c)(2) based on Amendment 782 to the Guidelines, (Doc. 402), is **DENIED**; and

**(2)** the defendant's sentence of 151 months imprisonment remains in effect.

**(3)** the defendant motion for return of seized property, (Doc. 398), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 30, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2013 CRIMINAL MEMORANDA\13-0102-01-ORDER.wpd